**Donald L. QUEEN, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 101841**

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: October 13, 2015

Rehearing and/or Transfer Denied
November 25, 2015

Application for Transfer Denied
January 26, 2016

Elizabeth U. Carlyle, 6320 Brookside Plaza, # 516, Kansas City, MO 64113, for appellant.

Richard A. Starnes, P.O. Box 899, Jefferson City, MO 65102, for respondent.

1. All rule references are to Missouri Supreme Court Rules (2015) unless otherwise indicat-

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

### ORDER

PER CURIAM.

Donald Lee Queen, Jr. ("Movant") appeals the motion court's denial of his reopened Rule 29.15 [1] motion for post-conviction relief after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal, and we find the motion court did not clearly err in denying Movant's motion after an evidentiary hearing. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Mo. R. Civ. P. 84.16(b) (2015).